IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHIRLEY WHITE-LETT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:17-CV-3385-CC-LTW |
| | : | |
| NEW PENN FINANCIAL, LLC, | : | |
| d/b/a SHELLPOINT MORTGAGE | : | |
| SERVICING, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

On June 7, 2020, this Court entered an Order [Doc. No. 110] adopting the Magistrate Judge's Report and Recommendation (the "R&R") [Doc. No. 107], staying the action for four (4) months during the pendency of related bankruptcy proceedings, and administratively closing the case for the duration of the stay, with either party granted leave to file a motion to reopen should the Bankruptcy Court issue a decision before the stay expires. At the time that the Court entered the Order, no objections appeared on the docket. Shortly following the entry of the Order, the Clerk entered on the docket Plaintiff's Rule 60 Motion to Vacate Magistrate Report and Recommendation and Alternative Motion to Modify Stay of Proceedings if Adopted [Doc. No. 111]. The Court considers this filing to constitute objections to the R&R, which the Court finds are timely, given that pro

se Plaintiff Shirley White-Lett filed the document in the Clerk's Office on July 6, 2020, the due date for objections.

The Court has conducted a de novo review of those issues raised in Plaintiff's filing and concludes that Plaintiff presents no meritorious objection to the R&R.  Plaintiff's arguments against a stay of the action are not persuasive, and the Court continues to agree with the Magistrate Judge that the issues raised before the Bankruptcy Court for the Northern District of Georgia should be resolved before the action pending before the undersigned proceeds.  The Bankruptcy Court is better suited to address the issues, and a stay of this action is consistent with the principles of judicial economy, abstention, and comity.

For the foregoing reasons, Plaintiff's Rule 60 Motion to Vacate Magistrate Report and Recommendation and Alternative Motion to Modify Stay of Proceedings if Adopted [Doc. No. 111], which the Court construes as objections to the R&R, are **DENIED** and **OVERRULED**.

SO ORDERED this <u>8th</u> day of <u>July</u>, 2020.

>                    *s/  CLARENCE COOPER*
>                    CLARENCE COOPER
>                    SENIOR UNITED STATES DISTRICT JUDGE